# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Ceballos Padilla,<br><br>    Plaintiff,<br><br>v.<br><br>United States Customs and Border Protection, et al.,<br><br>    Defendants. | No. CV-18-01032-PHX-SRB<br><br>**ORDER** |

Plaintiff, Manuel Ceballos Padilla, filed his Amended Complaint on August 23, 2018. On October 5, 2018 Defendants Gonzalez, Parada, Tubbs and Zamora filed a Notice (doc. 32) advising the Court that Plaintiff had been removed from the United States to Mexico on September, 21, 2018.

The Magistrate Judge filed her Report and Recommendation on November 5, 2018 recommending that this action be dismissed without prejudice for failure to comply with Court orders pursuant to Rule 41(b).

In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

. . .

1     **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court (Doc. 43).

    **IT IS FURTHER ORDERED** dismissing this case without prejudice.

    **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 21st day of November, 2018.

_____
Susan R. Bolton
United States District Judge